**Order entered January 20, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01172-CV

### VETRI VENTURES, LLC, Appellant

### V.

### WESTRIDGE EAGLES NEST OWNERS ASSOCIATION, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02865-2019**

### ORDER

Before the Court is appellee's January 18, 2023 unopposed third motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **February 1, 2023**. We again caution appellee that further extension requests will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE